UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 3:09-bk-07047-JAF
                                                                Case No. 3:09-bk-10022-JAF
TAYLOR, BEAN & WHITAKER                                         Case No. 3:09-bk-10023-JAF
MORTGAGE CORP., *et al.*                                        (Jointly Administered Under
                                                                Case No. 3:09-bk-07047-JAF)
_____Debtors_____/

NEIL F. LURIA, as Trustee to the TAYLOR
BEAN & WHITAKER PLAN TRUST,

        Plaintiff,                                              Adversary Proceeding No. 11-0596-JAF
vs.

MERSCORP, INC.,

        _____Defendant._____/

## REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

    A.  A mediation conference was conducted on _____
    B.  The conference resulted in the following:

        _____ Agreement signed (total resolution).

        _____ The parties reached an impasse.

        _____ The parties settled the following issues:

        (a)
        (b)
        (c)

_____ C.  The conference was continued and an additional mediation conference will be scheduled.

___X___ D.  The matter settled prior to scheduled mediation conference.

Attendance:

Parties and Counsel present: N/A

LF-54 (rev. 12/01/09)

Case No. 3:09-bk-07047-JAF
Adv. Pro. No. 11-0596-JAF

Parties and Counsel not present: N/A

Dated: April 5, 2012

/s/ Francis L. Carter, Esq.
Signature of Mediator
Francis L. Carter, Esq.
Florida Bar 203912
Katz Barron Squitero Faust
2699 S. Bayshore Drive
Seventh Floor
Miami, FL 33133
305-856-2444

Copies to:
Kristopher Aungst, Esq., Patrick D. Fleming, Esq. and John B. Rosenquest, IV, Esq.

H:\LIB\DOCS\20235044\PLDG\LB3220.WPD